# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

December 22, 2024

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Deft's request to advance the Sentencing from Feb. 12, 2025 to Jan. 24, 2025 at 2:30 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 28. Dated: January 8, 2024**
**White Plains, NY**

Re:     **United States v. Lloyd Bernard**
        **24-Cr-621 (NSR)**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Honorable Román:

I represent Lloyd Bernard in the above referenced case. Mr. Bernard pleaded guilty in front of the Honorable Andrew E. Krause on September 18, 2024. At that time, the parties were notified that the Court had scheduled Mr. Bernard's sentencing for February 12, 2025. I am writing to respectfully ask that the Court please advance Mr. Bernard's sentencing to a date in January. I am asking for this accommodation because Mr. Bernard has been incarcerated for nearly eight months and because at Mr. Bernard's sentencing I intend to ask that the Court impose a sentence of time served. Under these circumstances, if the Court has availability, I ask that Your Honor please advance Mr. Bernard's sentencing to a date in January. Based on my communications with the Court's chambers, I understand that the Court has availability on January 24, 2025, at 2:30pm. This date works for the Government, and I have been in touch with Probation and Probation will be able to complete the final PSR on or about January 6, 2025.

Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/8/2025__

Respectfully submitted,

/s/

Benjamin Gold
Assistant Federal Defender

cc:    AUSA David Markewitz
       Probation Officer Nichole Brown-Morin